

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00125-CV

ROSANNA SILVERIO AND ALVIN GREEN                                    APPELLANTS

V.

TRADITIONAL HERITAGE                                                     APPELLEE
HOMEOWNER ASSOCIATION,
INC.

------------

FROM THE 367TH DISTRICT COURT OF DENTON COUNTY
TRIAL COURT NO. 14-07314-367

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellants' "Motion to Withdraw Notice of Appeal."  It

is the court's opinion that the motion should be granted; therefore, we dismiss the

appeal.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellants, for which let execution issue.  *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and SUDDERTH, J.

DELIVERED:  April 30, 2015